No. D–358.   IN RE DISBARMENT OF SHEEHAN.   It is ordered that John Vincent Sheehan, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show

cause why he should not be disbarred from the practice of law in this Court.